UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Phillip Sullivan, Jr., individually and on behalf of
All others similarly situated,

                    Plaintiff,

  -against-

Walker Construction, Inc.,

                    Defendant.
-----------------------------------------------------------X

18 **CIVIL** 9870 (AJN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 7, 2019, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:** New York, New York
        May 9, 2019

                                          RUBY J. KRAJICK
                                          _____
                                                Clerk of Court
                                    BY:
                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 5/9/2019